# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 - 5 | **DATE** | 1/13/2011 |
| **CASE TITLE** | United States vs. Mark Kipnis | | |

**DOCKET ENTRY TEXT**

Government's oral motion for dismissal of counts one and six of the redacted superseding information as to defendant Kipnis is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|